IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| JANIS LINARES, | * |
| Plaintiff | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | *   CASE NO. 3:07-CV-117 (CDL) |
| | * |
| Defendant | * |

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 3, 2009, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 27th day of February, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE